**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01222-CV

## IN THE INTEREST OF D.C. AND Q.C., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01053-2013**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is appellant's November 10, 2014 "Objection on Order Denying Indigency of Petitioner." We treat this document as a motion to review the order sustaining the contest to appellant's affidavit of indigence. A motion seeking review of a trial court's order is due within ten days of the date the order is signed. *See* TEX. R. APP. P. 20.1(j)(2). The trial court signed the order sustaining the contest to appellant's affidavit on October 23, 2014. Appellant filed her motion seeking review of the order on November 10, 2014. Appellant did not file her motion within the deadline. Accordingly, we **DENY** appellant's motion.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE